# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO SANCHEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>M.D. BITER, Warden,<br><br>　　　　Respondent. | Case No. CV 13-3167 CJC (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

1  IT IS ORDERED that Judgment be entered denying the petition and
2  dismissing this action with prejudice.

DATE: July 16, 2015  _____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

2