# JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO SANCHEZ,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>M.D. BITER, Warden,<br><br>　　　　Respondent. | Case No. CV 13-3167 CJC (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: July 16, 2015

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE